

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>NEMANJA LOVRE<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA 15-500M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant Nemanja Lovre__ , IT IS ORDERED that a detention hearing is set for __Friday, October 2__ , __2015__ , at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Jay C. Gandhi__ , in Courtroom __6A__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __September 30, 2015__                    __/s/ Jay C. Gandhi__
                                                  U.S. District Judge/Magistrate Judge